

In The

# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00338-CR
_____

DONALD RAY RODDY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 82nd District Court
Falls County, Texas
Trial Court No. 11363, Honorable Bryan F. Russ, Jr., Presiding

November 29, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Donald Ray Roddy, appeals from the trial court's order adjudicating him guilty of possession of a controlled substance.[1]  Pending before this Court is Appellant's motion to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney.  As no decision of

---

[1] Originally appealed to the Tenth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001.

the Court has been delivered, the motion is granted, and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.